**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LUEBKE, LAWRENCE G. § | Case No. 11-83869 |
| LUEBKE, LISA M. § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   327 S Church Street, Room 1100
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/10/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  11/07/2012          By:  /s/BERNARD J. NATALE
                                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: LUEBKE, LAWRENCE G. § Case No. 11-83869
     LUEBKE, LISA M. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,056.34 |
| *and approved disbursements of* | $ 125.51 |
| *leaving a balance on hand of* [1] | $ 15,930.83 |
| **Balance on hand:** | $ 15,930.83 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 15,930.83 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,355.63 | 0.00 | 2,355.63 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 25.64 | 0.00 | 25.64 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,381.27 |
| Remaining balance: | $ 13,549.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $       0.00
Remaining balance:   $   13,549.56

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $       0.00
Remaining balance:   $   13,549.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,117.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 876.04 | 0.00 | 562.09 |
| 2 | Capital One Bank (USA), N.A. | 3,368.82 | 0.00 | 2,161.51 |
| 3 | Capital One Bank (USA), N.A. | 2,964.20 | 0.00 | 1,901.90 |
| 4 | Capital One Bank (USA), N.A. | 666.03 | 0.00 | 427.34 |
| 5 | Sallie Mae | 5,883.94 | 0.00 | 3,775.28 |
| 6 | Ford Motor Credit Company | 7,358.58 | 0.00 | 4,721.44 |

Total to be paid for timely general unsecured claims:   $   13,549.56
Remaining balance:   $       0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:                                      $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $         0.00
Remaining balance:                        $         0.00

Prepared By: /s/BERNARD J. NATALE
             Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                                Case No. 11-83869-MB
Lawrence G. Luebke                                                    Chapter 7
Lisa M. Luebke
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 3              Date Rcvd: Nov 16, 2012
                              Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2012.
db/jdb        +Lawrence G. Luebke,   Lisa M. Luebke,   10406 Cindy Jo Avenue,   Huntley, IL 60142-7141
17745493     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,   201 Little Falls Dr,   Wilmington, DE 19808)
17745489      +Active Family Chiropractic,   1455 Merchant Drive,   Algonquin, IL 60102-5917
17745490       Advocate Good Sheperd,   PO Box 4248,   Carol Stream, IL 60197-4248
17745491      +Aes/Nct,   1200 N 7th St,   Harrisburg, PA 17102-1419
17745495     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
17745496       Centegra Hospital; Woodstock,   PO Box 1990,   Woodstock, IL 60098-1990
17745497       Central Credit Services,   Dept. A,   PO Box 15118,   Jacksonville, FL 32239-5118
17745498      +Century Dental Of Huntley,   10775 N Route 47,   Huntley, IL 60142-9770
17745501      +Codilis & Associates,   15W030 North Frontage Road,   Suite 100,   Willowbrook, IL 60527-6921
18484938       Ford Motor Credit Company,   Freedman Anslemo Lindberg LLC,   PO Box 3216,
                 Naperville, IL 60566-7216
17745502      +Gautam Gupta MD LLC,   4525 Forest View Avenue,   Rockford, IL 61108-6406
17745503     #+George and Kathy Luebke,   422 Dunridge Court W.,   Dundee, IL 60118-1448
17745506      +Hsbc Bank,   12447 Sw 69th Ave,   Tigard, OR 97223-8517
17745507      +Katlyn G. Luebke,   10406 Cindy Jo Avenue,   Huntley, IL 60142-7141
17745508       Lawrence and Gail Wold,   126 Indian Lake Lane,   Carpentersville, IL 60110
17745509      +Mazda Amer Cr,   9009 Caruthers Pkwy,   Franklin, TN 37067-1704
17745510      +Neu Family Dental,   573 Dundee Ave.,   Dundee, IL 60118-1642
17745513       Orthopedic Spine & Surgery Associat,   2350 Royal Blvd. Suite 200,   Elgin, IL 60123-4718
17745514      +Provena Saint Joseph Hospital,   75 Remittance Dr,   PO Box 1174,   Chicago, IL 60690-1174
17745516       Sherman Hospital,   2250 E Devon Suite 352,   Des Plaines, IL 60018-4519
17745518      +Wfnnb/Lane Bryant,   4590 E Broad St,   Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17745505       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 17 2012 02:30:24     Honda Financial Services,
                 PO Box 1844,   Alpharetta, GA 30023-1844
17745492      +E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2012 02:32:37     Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
17745494      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Nov 17 2012 02:30:59     Armor Systems Co,
                 1700 Kiefer Dr Ste 1,   Zion, IL 60099-5105
18121849       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2012 02:42:06     Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,   PO Box 248839,   Oklahoma City, OK 73124-8839
17745500      +E-mail/Text: heather.stabler@citizens1st.com Nov 17 2012 02:32:08
                 Citizens First National Bank,   606 S. Main St.,   Princeton, IL 61356-2080
17745504       E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2012 02:39:14     Green Tree Servicing L,
                 332 Minnesota St Ste 610,   Saint Paul, MN 55101
17745511      +E-mail/Text: bankrup@nicor.com Nov 17 2012 02:26:29     Nicor Gas,   1844 Ferry Road,
                 Naperville, IL 60563-9600
17745512      +E-mail/Text: clientservices@northwestcollectors.com Nov 17 2012 02:33:56     Northwest Collectors,
                 3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
18077125       E-mail/Text: bnc-quantum@quantum3group.com Nov 17 2012 02:35:31
                 Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
17745515      +E-mail/PDF: pa_dc_claims@salliemae.com Nov 17 2012 02:42:00     Sallie Mae,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
18150236      +E-mail/PDF: pa_dc_claims@salliemae.com Nov 17 2012 02:38:35     Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
17745517       E-mail/PDF: jamiep@simmassociates.com Nov 17 2012 02:39:42     Simm Associates,   PO Box 7526,
                 Newark, DE 19714-7526
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17745499     ##+Cheer Fusion, Inc.,   1095 Pingree Rd Suite 106,   Crystal Lake, IL 60014-1726
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: vgossett          Page 2 of 3          Date Rcvd: Nov 16, 2012
                              Form ID: pdf006         Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett              Page 3 of 3                  Date Rcvd: Nov 16, 2012
                              Form ID: pdf006             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              David J Frankel    on behalf of Creditor  American Honda Finance Corp. dfrankel@sormanfrankel.com,
               bbehanna@sormanfrankel.com
              Joseph P Doyle    on behalf of Debtor Lawrence Luebke joe@fightbills.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 6
```