# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LUEBKE, LAWRENCE G. § Case No. 11-83869
      LUEBKE, LISA M. §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,648.00      Assets Exempt: $12,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $23,310.20      Claims Discharged
                                          Without Payment: $202,444.21

Total Expenses of Administration: $3,252.48

---

    3) Total gross receipts of $ 26,562.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $26,562.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,459.00 | $5,927.00 | $5,927.00 | $5,927.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,761.23 | 3,252.48 | 3,252.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 211,961.80 | 21,117.61 | 21,117.61 | 17,383.20 |
| **TOTAL DISBURSEMENTS** | $216,420.80 | $30,805.84 | $30,297.09 | $26,562.68 |

    4) This case was originally filed under Chapter 7 on August 31, 2011. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2013     By: /s/BERNARD J. NATALE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Co-Debtors father Pro-bate Estate | 1129-000 | 26,562.68 |
| **TOTAL GROSS RECEIPTS** | | **$26,562.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| EXEMPT | Lisa Luebke | 4110-002 | N/A | 5,927.00 | 5,927.00 | 5,927.00 |
| NOTFILED | American Honda Finance | 4110-000 | 4,459.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$4,459.00** | **$5,927.00** | **$5,927.00** | **$5,927.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 25.64 | 25.64 | 25.64 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 508.75 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,813.57 | 2,813.57 | 2,813.57 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 2.76 | 2.76 | 2.76 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | | 285.00 | 285.00 | 285.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 33.94 | 33.94 | 33.94 |
| The Bank of New York Mellon | 2600-000 | N/A | | 30.59 | 30.59 | 30.59 |
| The Bank of New York Mellon | 2600-000 | N/A | | 35.98 | 35.98 | 35.98 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $3,761.23 | $3,252.48 | $3,252.48 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | 704.00 | 876.04 | 876.04 | 721.13 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 3,004.00 | 3,368.82 | 3,368.82 | 2,773.08 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 2,556.00 | 2,964.20 | 2,964.20 | 2,440.01 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 480.00 | 666.03 | 666.03 | 548.25 |
| 5 | Sallie Mae | 7100-000 | 6,508.00 | 5,883.94 | 5,883.94 | 4,843.43 |
| 6 | Ford Motor Credit Company | 7100-000 | N/A | 7,358.58 | 7,358.58 | 6,057.30 |
| NOTFILED | Katlyn G. Luebke | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence and Gail Wold | 7100-000 | 8,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Gautam Gupta MD LLC | 7100-000 | 140.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Honda Financial Services | 7100-000 | 4,523.61 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 5,812.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Tree Servicing L | 7100-000 | 112,736.00 | N/A | N/A | 0.00 |
| NOTFILED | Mazda Amer Cr | 7100-000 | 7,131.99 | N/A | N/A | 0.00 |
| NOTFILED | George and Kathy Luebke | 7100-000 | 7,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 254.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 514.23 | N/A | N/A | 0.00 |
| NOTFILED | Provena Saint Joseph Hospital | 7100-000 | 135.58 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 514.23 | N/A | N/A | 0.00 |
| NOTFILED | Codilis & Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Simm Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Orthopedic Spine & Surgery Associat | 7100-000 | 188.25 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Neu Family Dental | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital; Woodstock | 7100-000 | 218.79 | N/A | N/A | 0.00 |
| NOTFILED | Active Family Chiropractic | 7100-000 | 202.35 | N/A | N/A | 0.00 |
| NOTFILED | Advocate Good Sheperd | 7100-000 | 602.41 | N/A | N/A | 0.00 |
| NOTFILED | Aes/Nct | 7100-000 | 37,731.00 | N/A | N/A | 0.00 |
| NOTFILED | Ally Financial | 7100-000 | 7,306.92 | N/A | N/A | 0.00 |
| NOTFILED | Century Dental Of Huntley | 7100-000 | 164.15 | N/A | N/A | 0.00 |
| NOTFILED | Cheer Fusion, Inc. | 7100-000 | 926.76 | N/A | N/A | 0.00 |
| NOTFILED | Central Credit Services Dept. A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital; Woodstock | 7100-000 | 139.24 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Hospital; Woodstock | 7100-000 | 424.29 | N/A | N/A | 0.00 |
| NOTFILED | Citizens First National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$211,961.80** | **$21,117.61** | **$21,117.61** | **$17,383.20** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-83869  
**Case Name:** LUEBKE, LAWRENCE G.  
LUEBKE, LISA M.  
**Period Ending:** 07/10/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/31/11 (f)  
**§341(a) Meeting Date:** 10/13/11  
**Claims Bar Date:** 02/15/12

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash on Hand<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 25.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with Chase Bank<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 318.00 | 0.00 | | 0.00 | FA |
| 3  Savings account with Chase Bank<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 130.00 | 0.00 | | 0.00 | FA |
| 4  Miscellaneous used household goods and furnishin<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 800.00 | 0.00 | | 0.00 | FA |
| 5  Books, Pictures, and CD's<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 400.00 | 0.00 | | 0.00 | FA |
| 6  Wearing Apparel<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7  Miscellaneous Costume Jewelry<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 350.00 | 0.00 | | 0.00 | FA |
| 8  Term Life Insurance policy through employer - (N<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | 0.00 | 0.00 | | 0.00 | FA |
| 9  401(k) / Retirement plan through employer - 100%<br>    Orig. Asset Memo: Imported from Amended Doc#: 12 | Unknown | 0.00 | | 0.00 | FA |
| 10 Estimated 2010 tax refund of $4,094.00 recieved | 0.00 | 0.00 | | 0.00 | FA |
| 11 Automobile - 2007 ATV - financed thru Honda Fina | 2,500.00 | 0.00 | | 0.00 | FA |
| 12 1984 Ford Mustang - paid in full - 97k in miles | 2,075.00 | 0.00 | | 0.00 | FA |
| 13 2 Dogs | 50.00 | 0.00 | | 0.00 | FA |
| 14 Co-Debtors father Pro-bate Estate<br>    File Amended B & C on 10/10/11 | Unknown | 0.00 | | 26,562.68 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83869  
**Case Name:** LUEBKE, LAWRENCE G.  
LUEBKE, LISA M.  
**Period Ending:** 07/10/13

**Trustee:** (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/31/11 (f)  
**§341(a) Meeting Date:** 10/13/11  
**Claims Bar Date:** 02/15/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14    Assets    **Totals** (Excluding unknown values) | $8,648.00 | $0.00 | | $26,562.68 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE TO COLLECT INTEREST IN PROBATE ESTATE.

**Initial Projected Date Of Final Report (TFR):**     July 1, 2013      **Current Projected Date Of Final Report (TFR):**      November 7, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-83869  
**Case Name:** LUEBKE, LAWRENCE G.  
LUEBKE, LISA M.  
**Taxpayer ID #:** **-***3232  
**Period Ending:** 07/10/13  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******30-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/20/12 | {14} | SuperValu Star 401(k) Plan | Distribution from mother's 401K listed in father's probate Estate | 1129-000 | 56.34 | | 56.34 |
| 07/06/12 | {14} | Laurence R. Wold Sr. Estate | Partial Distribution Re: Pro-bate Estate of L R Wold | 1129-000 | 16,000.00 | | 16,056.34 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 16,031.34 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.94 | 15,997.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.59 | 15,966.81 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.98 | 15,930.83 |
| 12/11/12 | 101 | BERNARD J. NATALE, LTD. | Dividend paid 100.00% on $25.64, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 25.64 | 15,905.19 |
| 12/11/12 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $2,355.63, Trustee Compensation; Reference: | 2100-000 | | 2,355.63 | 13,549.56 |
| 12/11/12 | 103 | Quantum3 Group LLC as agent for | Distribution paid 64.16% on $876.04; Claim# 1; Filed: $876.04; Reference: | 7100-000 | | 562.09 | 12,987.47 |
| 12/11/12 | 104 | Sallie Mae | Distribution paid 64.16% on $5,883.94; Claim# 5; Filed: $5,883.94; Reference: | 7100-000 | | 3,775.28 | 9,212.19 |
| 12/11/12 | 105 | Ford Motor Credit Company | Distribution paid 64.16% on $7,358.58; Claim# 6; Filed: $7,358.58; Reference: | 7100-000 | | 4,721.44 | 4,490.75 |
| 12/11/12 | 106 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3,4 | | | 4,490.75 | 0.00 |
| | | | Dividend paid 64.16% 2,161.51 on $3,368.82; Claim# 2; Filed: $3,368.82 | 7100-000 | | | 0.00 |
| | | | Dividend paid 64.16% 1,901.90 on $2,964.20; Claim# 3; Filed: $2,964.20 | 7100-000 | | | 0.00 |
| | | | Dividend paid 64.16% 427.34 on $666.03; Claim# 4; Filed: $666.03 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 16,056.34 | 16,056.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,056.34 | 16,056.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,056.34** | **$16,056.34** | |

{} Asset reference(s)

Printed: 07/10/2013 11:35 AM    V.13.13

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 11-83869  
**Case Name:** LUEBKE, LAWRENCE G.  
  LUEBKE, LISA M.  
**Taxpayer ID #:** **-***3232  
**Period Ending:** 07/10/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5866 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/13 | {14} | Laurence R. Wold, Sr. Estate | Final Distribution | 1129-000 | 10,506.34 | | 10,506.34 |
| 03/26/13 | 10107 | Lisa Luebke | Debtor's Exemption in Probate Estate | 4110-002 | | 5,927.00 | 4,579.34 |
| 05/23/13 | 10108 | BERNARD J. NATALE | Dividend paid 100.00% on $2,813.57, Trustee Compensation; Reference: | 2100-000 | | 457.94 | 4,121.40 |
| 05/23/13 | 10109 | Quantum3 Group LLC as agent for | Distribution paid 82.31% on $876.04; Claim# 1; Filed: $876.04; Reference: | 7100-000 | | 159.04 | 3,962.36 |
| 05/23/13 | 10110 | Sallie Mae | Distribution paid 82.31% on $5,883.94; Claim# 5; Filed: $5,883.94; Reference: | 7100-000 | | 1,068.15 | 2,894.21 |
| 05/23/13 | 10111 | Ford Motor Credit Company | Distribution paid 82.31% on $7,358.58; Claim# 6; Filed: $7,358.58; Reference: | 7100-000 | | 1,335.86 | 1,558.35 |
| 05/23/13 | 10112 | BERNARD J. NATALE, LTD. | Combined Check for Claims#SUPATTY,SUPEXP | | | 287.76 | 1,270.59 |
| | | | Dividend paid 100.00% on $285.00; Claim# SUPATTY; Filed: $285.00    285.00 | 3110-000 | | | 1,270.59 |
| | | | Dividend paid 100.00% on $2.76; Claim# SUPEXP; Filed: $2.76    2.76 | 3120-000 | | | 1,270.59 |
| 05/23/13 | 10113 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3,4 | | | 1,270.59 | 0.00 |
| | | | Dividend paid 82.31% on $3,368.82; Claim# 2; Filed: $3,368.82    611.57 | 7100-000 | | | 0.00 |
| | | | Dividend paid 82.31% on $2,964.20; Claim# 3; Filed: $2,964.20    538.11 | 7100-000 | | | 0.00 |
| | | | Dividend paid 82.31% on $666.03; Claim# 4; Filed: $666.03    120.91 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,506.34 | 10,506.34 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,506.34 | 10,506.34 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,506.34** | **$10,506.34** | |

{} Asset reference(s)    Printed: 07/10/2013 11:35 AM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-83869 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** LUEBKE, LAWRENCE G. | **Bank Name:** Rabobank, N.A. |
| LUEBKE, LISA M. | **Account:** ******5866 - Checking Account |
| **Taxpayer ID #:** **-***3232 | **Blanket Bond:** $606,000.00   (per case limit) |
| **Period Ending:** 07/10/13 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|   |   |   |
|---|---|---|
| Net Receipts : | 26,562.68 |   |
| Less Other Noncompensable Items : | 5,927.00 |   |
| Net Estate : | $20,635.68 |   |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******30-66 | 16,056.34 | 16,056.34 | 0.00 |
| Checking # ******5866 | 10,506.34 | 10,506.34 | 0.00 |
| | $26,562.68 | $26,562.68 | $0.00 |

{} Asset reference(s)  Printed: 07/10/2013 11:35 AM    V.13.13